No. 04–7735.   JOHNSON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 04–7736.   MCRAE v. MARYLAND ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 04–7738.   HOKE v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.   C. A. 9th Cir.   Certiorari denied.

No. 04–7743.   HOWZE v. YARBOROUGH, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 04–7746.   HARRIS v. LEWIS, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 04–7747.   HAYES v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 04–7748.   ROBERSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 04–7749.   SINGLETON v. CAIN, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 04–7750.   SNIPES v. BECK, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION.   C. A. 4th Cir.   Certiorari denied.

No. 04–7752.   RATCLIFF v. INDYMAC BANK, F. S. B.   Ct. App. Tex., 9th Dist.   Certiorari denied.

No. 04–7753.   SIMMONS v. MALONE ET AL.   Sup. Ct. La.   Certiorari denied.

No. 04–7754.   VALENTINE v. FLORIDA.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 04–7755.   YARBOUGH v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 04–7756.   WALTER v. NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.